# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THE ROCK PILE, | § | |
| | § | No. 287, 2019 |
| Employer Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | |
| JOHN RISCHITELLI, | § | C.A. No. N18A-10-005 |
| | § | |
| Claimant Below, | § | |
| Appellee. | § | |

Submitted: December 4, 2019
Decided: December 18, 2019

Before **SEITZ**, Chief Justice; **VAUGHN**, and **TRAYNOR**, Justices.

## <u>ORDER</u>

This 18th day of December, 2019, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its June 14, 2019 memorandum opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice